# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, IN ITS CAPACITY AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION; AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellants, vs. WESTLAND LIBERTY VILLAGE, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND WESTLAND VILLAGE SQUARE, LLC, A NEVADA LIMITED LIABILITY COMPANY, Respondents. | No. 83695 |

FILED

OCT 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to dissolve a preliminary injunction. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

The district court issued a preliminary injunction in the underlying dispute between Federal National Mortgage Association (Fannie Mae) and Westland Liberty Village, LLC, and Westland Village Square, LLC. Federal Housing Finance Agency (FHFA), in its capacity as conservator for Fannie Mae, moved to intervene in the matter. The district court allowed FHFA to intervene, and FHFA, joined by Fannie Mae, moved to dissolve the preliminary injunction, arguing that it violated 12 U.S.C. § 4617(f). The district court denied the motion to dissolve the preliminary injunction, and FHFA and Fannie Mae appeal that decision.

22-32501

This court recently reversed the underlying preliminary injunction in *Federal National Mortgage Association v. Westland Liberty Village, LLC*, 138 Nev., Adv. Op. 57, ___ P.3d ___ (2022). Given that the preliminary injunction was reversed during the pendency of this appeal, this appeal, which challenges the district court's order denying FHFA's motion to dissolve the preliminary injunction, is now moot. *See Univ. & Cmty. Coll. Sys. of Nev. v. Nevadans for Sound Gov't*, 120 Nev. 712, 720, 100 P.3d 179, 186 (2004) (recognizing that "[n]ormally, a controversy must be live through all stages of the proceeding" for judicial review and that a matter may become moot through subsequent events); *see also Personhood Nev. v. Bristol,* 126 Nev. 599, 245 P.3d 572(2010) (dismissing an appeal as moot because this court could not grant effective relief). Accordingly, we ORDER this appeal DISMISSED.[1]

_____ , C.J.
Parraguirre

_____ , J.
Hardesty

_____ , J.
Stiglich

_____ , J.
Cadish

_____ , J.
Pickering

_____ , J.
Herndon

---

[1]The Honorable Abbi Silver having retired, this matter was decided by a six-justice court.

cc: Hon. Mark R. Denton, District Judge
Stephen E. Haberfeld, Settlement Judge
Snell & Wilmer, LLP/Las Vegas
Fennemore Craig P.C./Reno
Arnold & Porter Kaye Scholer LLP/Washington DC
Snell & Wilmer, LLP/Reno
Dickinson Wright PLLC
Cooper & Kirk PLLC/Washington DC
Campbell & Williams
Law Offices of John Benedict
John W. Hofsaess
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A